**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**LORD NOBLE,
a.k.a. R. ASANTI ALI,
a.k.a. REGINALD M. WOOTEN**                                        **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO. 5:09-cv-123-DCB-MTP**

**BRUCE PEARSON**                                                     **RESPONDENT**

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed as frivolous with prejudice and to the extent that the petition can be construed as a § 2255 motion it shall be dismissed with prejudice for this court's lack of jurisdiction.

SO ORDERED AND ADJUDGED, this the 30th day of November, 2009.


                                                         s/David Bramlette
                                                         UNITED STATES DISTRICT JUDGE